FILED
CLERK, U.S. DISTRICT COURT

DEC 2 2 2010

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, )
)
Plaintiff, ) CASE NO. 10-3105M
)
v. )
)
) **ORDER OF DETENTION**
LUIS MIGUEL ANDRADE )
TORRES, )
)
Defendant. )

I.

A. ( ) On motion of the Government in a case allegedly involving:

1. ( )    a crime of violence.

2. ( )    an offense with maximum sentence of life imprisonment or death.

3. ( ) a narcotics or controlled substance offense with maximum sentence of ten or more years .

4. ( )    any felony - where the defendant has been convicted of two or more prior offenses described above.

5. ( )    any felony that is not otherwise a crime of violence that involves a minor victim, or possession or use of a firearm or destructive device or any other dangerous weapon, or a failure to register under 18 U.S.C § 2250.

B. (✔)    On motion by the Government / ( ) on Court's own motion, in a case

---

ORDER OF DETENTION AFTER HEARING (18 U.S.C. §3142(i))

allegedly involving:

(✔)   On the further allegation by the Government of:

1. (✔)   a serious risk that the defendant will flee.

2. ( ) a serious risk that the defendant will:

    a. ( )   obstruct or attempt to obstruct justice.

    b. ( )   threaten, injure, or intimidate a prospective witness or juror or attempt to do so.

C. The Government ( ) is/ ( ) is not entitled to a rebuttable presumption that no condition or combination of conditions will reasonably assure the defendant's appearance as required and the safety of any person or the community.

## II.

A. (✔)   The Court finds that no condition or combination of conditions will reasonably assure:

1. (✔)   the appearance of the defendant as required.

    (✔ )   and/or

2. (✔)   the safety of any person or the community.

B. ( ) The Court finds that the defendant has not rebutted by sufficient evidence to the contrary the presumption provided by statute.

## III.

The Court has considered:

A. the nature and circumstances of the offense(s) charged, including whether the offense is a crime of violence, a Federal crime of terrorism, or involves a minor victim or a controlled substance, firearm, explosive, or destructive device;

B. the weight of evidence against the defendant;

C. the history and characteristics of the defendant; and

D. the nature and seriousness of the danger to any person or to the community.

---

**ORDER OF DETENTION AFTER HEARING (18 U.S.C. §3142(i))**

## IV.

The Court also has considered all the evidence adduced at the hearing and the arguments and/or statements of counsel, and the Pretrial Services Report/recommendation.

## V.

The Court bases the foregoing finding(s) on the following:

A. (✔)   As to flight risk: Defendant did not provide background information and did not identify any viable sureties.

B. (✔)   As to danger: Defendant has a lengthy criminal history.

## VI.

A. ( )   The Court finds that a serious risk exists that the defendant will:

    1. ( ) obstruct or attempt to obstruct justice.

    2. ( ) attempt to/ ( ) threaten, injure or intimidate a witness or juror.

B. The Court bases the foregoing finding(s) on the following: _____

_____

_____

_____

_____

_____

_____

_____

## VII.

A. IT IS THEREFORE ORDERED that the defendant be detained prior to trial.

B. IT IS FURTHER ORDERED that the defendant be committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving

---

**ORDER OF DETENTION AFTER HEARING (18 U.S.C. §3142(i))**

1  sentences or being held in custody pending appeal.

2  C. IT IS FURTHER ORDERED that the defendant be afforded reasonable

3  opportunity for private consultation with counsel.

4  D. IT IS FURTHER ORDERED that, on order of a Court of the United States

5  or on request of any attorney for the Government, the person in charge of

6  the corrections facility in which the defendant is confined deliver the

7  defendant to a United States marshal for the purpose of an appearance in

8  connection with a court proceeding.

9

10

11  DATED: December 22, 2010

HON. JAY C. GANDHI
12  UNITED STATES MAGISTRATE JUDGE

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

---

**ORDER OF DETENTION AFTER HEARING (18 U.S.C. §3142(i))**